### AUSTIN V. HANCHET.

*In an action of ejectment, the doings of freeholders not evidence.*

ACTION of ejectment. Issue to the jury. By the court — It has been long since settled, that the doings of freeholders cannot be given in evidence to the jury. See Humphrey v. Pison, and Ray v. Tomlinson, *ante.*

### TEMPLE V. BELDING.

*Interest upon a book debt contracted in New York not allowed.*

ACTION of debt on book. Issue to the court. Interest is claimed by the plaintiff upon two grounds, 1st. The debt was contracted in New York and by the custom of merchants, interest is allowed there. 2d. That it is just and reasonable.

By the COURT. Not allowed. See Smith v. Purdy, and Brown v. Hinman, *ante.*